**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BRUCE MOUSER**                                                                   **PLAINTIFF**

V.                      **NO. 3:06CV00203-BD**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this day, Judgment is hereby rendered in favor of the Defendant, Michael J. Astrue, Commissioner of the Social Security Administration, and against Plaintiff, Bruce Mouser.

DATED this 31st day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE